**2003–0561. Dimalanta v. Travelers Ins. Co.**
Cuyahoga App. No. 81445, 2003-Ohio-562. Discretionary appeal allowed. Cause to be set for argument on the same date as the argument in 2003–0302 and 2003–0362, *Taylor v. Kemper Ins. Co.*, Cuyahoga App. No. 81360, 2003-Ohio-177.

PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**2003–0573. State v. Tuttle.**
Cuyahoga App. No. 80775, 2003-Ohio-419. Discretionary appeal allowed and cause held for the decision in 2003–0252 and 2003–0283, *State v. Thompson*, Cuyahoga App. No. 78919, 2002-Ohio-6478; briefing schedule stayed.

F.E. SWEENEY and PFEIFER, JJ., dissent.

**2003–0603. Brozovic v. St. Paul Fire & Marine Ins. Co.**
Cuyahoga App. No. 80868, 2003-Ohio-554. Discretionary appeal allowed and cause held for the decision in 2002–0932, *Westfield Ins. Co. v. Galatis*, Summit App. No. 20784, 2002-Ohio-1502; cause consolidated with 2003–0525, *Brozovic v. St. Paul Fire & Marine Ins. Co.*, Cuyahoga App. No. 80868, 2003-Ohio-554; briefing schedule stayed.